UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>　　HAROLD WAYNE WALKER<br><br>　　　　　　　　　　　　Debtor | CASE NO: 04-40036<br>　　　　(Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4010037**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | HAROLD WAYNE WALKER<br>349 BAIRD PLACE<br>APT A<br>WILMINGTON, OH  45177 | 132.64 |

　　/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/14/2010

Certificate of Service        04-40036

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| HAROLD WAYNE WALKER<br>349 BAIRD PLACE<br>APT A<br>WILMINGTON, OH  45177 | HAROLD JARNICKI<br>576 MOUND CT<br>SUITE B<br>LEBANON, OH  45036 | (24.1n)<br>ATTY GENERAL STATE OF OHIO<br>% REBECCA DAUM<br>30 E BROAD ST 23RD FL<br>COLUMBUS, OH  43215 |

(25.1n)
B FIRST LLC
MAIL STOP 550
2101 FOURTH AVENUE SUITE 1030
SEATTLE, WA  98121

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner     cs